**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Richard Morrison
In Proper Person
570 El Camino Real, #150-242
Redwood City CA 94063

**REHEARING ACTION: July 1, 2015**

**Docket Number: 14   01164-CA**

**JOHN FORD DIETZ**
**VERSUS**
**ANNE BENNETT MORRISON DIETZ, ET AL.**

**Appealed from Vermilion Parish Case No. 88309-B**

**BEFORE JUDGES:**

> Hon. Jimmie C. Peters
> Hon. Marc T. Amy
> Hon. Elizabeth A. Pickett

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Richard Morrison** has this day been

> **DENIED.**

cc: John Ford Dietz, In Proper Person